TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00431-CR

Kenneth Reeves, Appellant

v.

The State of Texas, Appellee

FROM THE COUNTY COURT OF MILAM COUNTY

NO. 23,170, HONORABLE ROGER HASHEM, JUDGE PRESIDING

PER CURIAM

 This is an appeal from the judgment of conviction for possession of marihuana. Appellant
has filed a motion to withdraw the appeal. No decision of this Court has been delivered. The motion is
granted and the appeal is dismissed. See Tex. R. App. P. 42.2(a).

Before Justices Powers, Aboussie and B. A. Smith

Appeal Dismissed on Appellant's Motion

Filed: October 30, 1997

Do Not Publish